

**FILED**

Oct 20 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ TeresaRomero          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                      Plaintiff,<br><br>v.<br><br>JARED MANUEL BEAS-OCHOA,<br><br>                                      Defendant. | Case No.: 23-CR-02172-H<br><br>**ORDER FOR EXAMINATION UNDER 18 U.S.C. § 4241 TO DETERMINE PRESENT MENTAL COMPETENCY** |

Upon joint motion of the parties, Carmel Abuzaid and Federal Defenders of San Diego, Inc., and Assistant United States Attorney, Steven Lee, the Court finds that there is reasonable cause to believe that the defendant may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature of and consequences of the proceedings against him or to assist properly in his defense. Accordingly, as provided in 18 U.S.C. § 4241, the Court finds it necessary to order the defendant be examined to determine mental competency and that a report be provided to the Court concerning whether the defendant understands the nature and consequences of the proceedings against hm and can assist properly in his defense.

//

//

//

23-CR-02172-H

**IT IS ORDERED** that JARED MANUEL BEAS-OCHOA be examined by a qualified and impartial psychologist or psychiatrist to determine:

(1)   whether the defendant is competent to understand the nature and consequences of the proceedings pending against him; and

(2)   whether the defendant is competent to assist properly in his defense.

**IT IS FURTHER ORDERED** that **Dr. Alex Yufik** (non-BOP psychologist) is appointed to conduct the examination.

**IT IS FURTHER ORDERED** that the examination be conducted out of custody, as JARED MANUEL BEAS-OCHOA was released on bond.

**IT IS FURTHER ORDERED** that **Dr. Alex Yufik** complete the Competency Examination no later than **November, 16, 2023** and prepare a report pursuant to 18 U.S.C. § 4247(c) and provide the report to the Court at no later than **November 23, 2023**. Copies of the report shall be provided by **Dr. Alex Yufik** to the attorney for the defendant and to the United States Attorney. The competency hearing in this matter is scheduled for **November 30, 2023, at 10:00 am** before the **Honorable Lupe Rodriguez, Jr.,** United States Magistrate Judge. If the **Dr. Alex Yufik** requires additional time for testing and examination, a request to extend time for the report shall be made directly to Judge Rodriguez, along with a showing of good cause.

As required by 18 U.S.C. § 4247(c), the report shall include:

(1)   the defendant's history and present symptoms;

(2)   a description of the psychiatric, psychological, and medical tests that were employed and their results;

(3)   the examiner's findings; and

(4)   the examiner's opinions as to diagnosis, prognosis, and whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his own defense.

//

23-CR-02172-H

**IT IS FURTHER ORDERED** that the examination be at the expense of the United States Department of Justice.

**IT IS FURTHER ORDERED** that time is excluded under the Speedy Trial Act and 18 U.S.C. §3161(h)(1)(A) from October 19, 2023 through November 30, 2023, based on the stipulation of the parties and this Court's finding that the ends of justice are served by conducting the competency examination, and conducting the examination outweighs the interest of the public and the Defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated:  October 20, 2023

Hon. Lupe Rodriguez, Jr.
United States Magistrate Judge

23-CR-02172-H