# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>JARED MANUEL BEAS-OCHOA,<br><br>                Defendant. | Case No.: 23CR2172-H<br><br>**JUDGMENT AND ORDER OF DISMISSAL OF THE INDICTMENT [ECF 11] WITHOUT PREJUDICE; ORDER TO EXONERATE BOND** |

    Upon motion of the United States of America and good cause appearing,

    IT IS HEREBY ORDERED that: (1) the Indictment [ECF 11] in the above-entitled case be dismissed without prejudice; (2) bond is exonerated.

    IT IS SO ORDERED.

DATED: November  29 , 2023.

_____
HONORABLE MARILYN L. HUFF
United States District Judge